THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv22

| | |
|---|---|
| i play, Inc., ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| D. CATTON ENTERPRISE, LLC, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for the admission of attorney Robert D. Katz as counsel *pro hac vice*. [Doc. 10].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 10] is **ALLOWED**, and attorney Robert D. Katz is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 6, 2012

Martin Reidinger
United States District Judge