THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00022-MR

| | |
|---|---|
| i play, inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| D. CATTON ENTERPRISE, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion to File Under Seal [Doc. 40] and the Defendant's Motion to File Under Seal [Doc. 43].

Upon consideration of the factors set forth in Local Civil Rule 6.1(C), and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Unopposed Motion to File Under Seal [Doc. 40] is **GRANTED**, and the following documents shall be filed and maintained until seal until further Order of this Court:

(1) Unredacted Response to Defendant Catton's Motion to Dismiss for Lack of Personal Jurisdiction;

(2) The Deposition Transcript of Dean-Paul Hart ("Mr. Hart") as corporate representative of the Frederick Hart Company Frederick Hart Co., Inc. d/b/a Compac Industries, Inc. ("Hart"), which was designated as "Highly Confidential Material" by counsel for Hart; and

(3) Exhibits 6-10 to the deposition of Mr. Hart designated as "Highly Confidential Material by counsel for Hart.

**IT IS FURTHER ORDERED** that the Defendant's Motion to File Under Seal [Doc. 43] is **GRANTED**, and the following documents shall be filed and maintained until seal until further Order of this Court:

(1) Unredacted Supplemental Memorandum of Law supporting the Motion to Dismiss and opposing Plaintiff's Motion for Sanctions;

(2) Excerpts of the deposition of Mr. Hart, which deposition was designated as "Highly Confidential Material" by counsel for Hart; and

(3) Exhibits 5, 9, and 10 to the deposition of Mr. Hart, which were designated as "Highly Confidential Material" by counsel for Hart.

**IT IS SO ORDERED.**

Signed: March 12, 2013

Martin Reidinger
United States District Judge