```
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
           ASHEVILLE DIVISION
       CIVIL CASE NO. 1:12-cv-00022-MR
```

| | |
|---|---|
| i play. inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| D. CATTON ENTERPRISE, LLC, a ) | |
| New York Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on defense counsel's Motion to File Under Seal [Doc. 49]; defense counsel's Motion to Withdraw as Counsel of Record [Doc. 51]; and Defendant's Motion for Extension of Time to Answer Amended Complaint [Doc. 53].

Attorney Starling B. Underwood III and the firm of McGuire, Wood & Bissette, P.A. move to withdraw as counsel of record for the Defendant. [Doc. 51]. Defense counsel further move to file an unredacted version of the Motion to Withdraw and supporting Memorandum under seal. [Doc. 49].

For the reasons stated in the Motions, and for cause shown, counsel's motions are granted.

**IT IS, THEREFORE, ORDERED** that counsel's Motion to File Under Seal [Doc. 49] is **GRANTED**, and the unredacted versions of the Motion to Withdraw and supporting Memorandum [Docs. 51, 52] shall be maintained under seal until further Order of this Court.

**IT IS FURTHER ORDERED** that counsel's Motion to Withdraw [Doc. 51] is **GRANTED**, and attorneys Starling B. Underwood III and Joseph Pinckney McGuire and the law firm of McGuire, Wood & Bissette, P.A. are hereby allowed to withdraw as counsel for the Defendant D. Catton Enterprise, LLC.

**IT IS FURTHER ORDERED** that attorney Robert D. Katz, who is admitted *pro hac vice*, shall associate new local counsel within twenty-one (21) days from the entry of this Order. **Failure to associate local counsel as required by Local Civil Rule 83.1 will result in the termination of attorney Katz's *pro hac vice* admission.**

**IT IS FURTHER ORDERED** that the Defendant's Motion for Extension of Time to Answer Amended Complaint [Doc. 53] is **GRANTED** to the extent that the Defendant shall have twenty-one (21) days from the

entry of this Order to answer or otherwise respond to the Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**   Signed: April 15, 2013

Martin Reidinger
United States District Judge