# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00022-MR

| | |
|---|---|
| i play. inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>D. CATTON ENTERPRISE, LLC, a )<br>New York Limited Liability Company, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Status Report in Response to Order [Doc. 69].

On August 16, 2013, the Court entered an Order directing the Plaintiff to show good cause for the failure to effect service on the Defendant Frederick Hart Co., Inc. [Doc. 68]. The Plaintiff now responds to the Court's Order, conceding that its action against this Defendant should be dismissed without prejudice for failure to serve the Defendant in a timely fashion. [Doc. 69].

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's action against Defendant Frederick Hart Co., Inc. is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: August 28, 2013

Martin Reidinger
United States District Judge