# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| i play, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00022-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Frederick Hart Co., Inc. | ) | |
| D. Catton Enterprise, LLC, | | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2015 Order.

March 10, 2015

_____

Frank G. Johns, Clerk
United States District Court